IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil No.: 15 CV 811 |
| PRISCILLA NGUYEN, | : |
| Defendant. | : |

## AGREED ORDER

This matter coming before the Court on the agreement of Plaintiff Allstate Insurance Company ("Allstate") and Defendant Priscilla Nguyen ("Nguyen"), due notice having been given and the Court being fully advised

**IT IS HEREBY ORDERED:**

1. Nguyen is permanently enjoined from using any Allstate confidential information. Allstate "confidential information" includes:

> business plans of Allstate; information regarding the names, addresses, and ages of policyholders or prospective policyholders of Allstate; types of policies; amounts of insurance; premium amounts; the description and location of insured property; the expiration or renewal dates of policies; policyholder listings and any policyholder information subject to any privacy law; claim information; certain information and matter identified by Allstate as confidential or information considered a trade secret as provided herein or by law; and any information concerning any matters affecting or relating to the pursuits of Allstate that is not otherwise lawfully available to the public.

26250093v.1

- 2 -

2.Nguyen is permanently enjoined from accessing or attempting to access any Allstate databases, servers, systems, intranets, or any other medium where Allstate confidential information is found or stored, except that Nguyen can access information regarding her personal Allstate policies.

3.Nguyen is permanently enjoined from disclosing Allstate confidential information to any individual or entity.

4.The restrictions found in paragraphs 1 through 3 apply to Nguyen and her agents, representatives, associates, employees, and anyone acting in concert or participation with Nguyen.

Dated: April 18, 2016_____
The Honorable John F. Walter